UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNY LOPEZ,

                         Petitioner,

-v-

UNITED STATES OF AMERICA,

                         Respondent.

No. 20-cv-4931 (RJS)
No. 16-cr-719-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of Petitioner Ronny Lopez's motion to vacate his 18 U.S.C. § 924(c) conviction pursuant to 28 U.S.C. § 2255.  Accordingly, IT IS HEREBY ORDERED THAT (1) the United States Attorney for the Southern District of New York shall answer or otherwise respond to the motion, and shall include transcripts of any relevant proceedings not already contained in the record, no later than Tuesday, August 18, 2020; and (2) Petitioner shall file a reply no later than Wednesday, October 7, 2020.  The Clerk of Court is respectfully directed to serve copies of this order, the motion, and any other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:      June 29, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation